# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Xia Jiang

**JUDGMNET FOR ATTORNEY
FEES IN A CIVIL CASE**

Plaintiff,

v.                                              Case Number: 2:18-cv-00974-RFB-NJK

Mellanesa Aston

Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Xia Jiang is awarded $1,000 in attorney fees from Defendant Mellanesa Aston.

7/6/2018
_____
Date

___DEBRA K. KEMPI___
Clerk

_/s/ S. Denson___
Deputy Clerk